E-FILED
Thursday, 23 February, 2006  04:52:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 01-30060 |
| ) | |
| JOANNE MARIE RENICKS, ) | |
| ) | |
| Defendant. ) | |

## DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On February 23, 2006, the Defendant was in custody on a Petition for Offender Under Supervision. The Defendant was represented by court appointed counsel, Douglas Beevers. The Government requested detention. After listening to proffers from each side and argument, the Court finds pursuant to Rule 46(c) that the Defendant has failed to carry her burden to show that she is not a risk of flight, nor a danger to the community. Defendant Joanne Marie Renicks is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER:    February 23, 2006

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE