E-FILED
Tuesday, 07 March, 2006 02:29:32 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>JOANNE MARIE RENICKS<br>1801 South 17th Street<br>Springfield, IL 62703<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br><br>CASE NO. 01-30060-001 |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JOANNE MARIE RENICKS**, and bring him or her forthwith to the nearest magistrate judge to answer a petition charging him or her with violation of conditions of supervision in violation of Title 18, United States Code, Section(s) 3606.

s/ John M. Waters

| | |
|---|---|
| **JOHN M. WATERS**<br>Name of Issuing Officer | **CLERK U.S. DISTRICT COURT**<br>Title of Issuing Officer |
| s/John M. Waters<br>Signature of Issuing Officer | February 8, 2006 at Springfield, Illinois<br>Date and Location |

**Bail fixed at $ No Bail/Bond by US Judge Jeanne E. Scott.**

---

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _____

| Date Received 2/10/06 | Name of Arresting Officer | Bob Doty | Signature of Arresting Officer |
|---|---|---|---|
| Date of Arrest 2/12/06 | Title of Arresting Officer | DUSM | Larry [signature] |

60-001